IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GEORGE M. KARL, et al.,

    Plaintiffs,

vs.                                     Civil Action 2:09-CV-34
                                            Judge Sargus
                                            Magistrate Judge King

GORDON BIZAR, et al.,

    Defendants.

## ORDER

On June 30, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that *Plaintiffs' Motion to Remand Action to Franklin County Common Pleas Court*, Doc. No. 10, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The *Plaintiffs' Motion to Remand Action to Franklin County Common Pleas Court*, Doc. No. 10, is hereby **DENIED**.

7-21-2009
Date

Edmund A. Sargus, Jr.
United States District Judge